The relief described hereinbelow is SO ORDERED

Done this 3rd day of February, 2014.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LORRAINE WOODGETT, ) | CHAPTER 13 |
| ) | CASE NO. 13-32394 |
| DEBTOR. ) | |

### ORDER ON DEBTOR'S OBJECTION TO CLAIM
### OF FARMERS FURNITURE

This cause came before the court on the objection to claim filed by the Debtor relating to Claim No. 1 filed by Farmers Furniture Company, Inc. (" Farmers"). In the Debtor's claim objection Debtor objected to the claim of Farmers being treated secured in any amount. Debtor does not object to the claim in the amount of $1494.10 being allowed but claimed it should only be allowed as an unsecured claim. Debtor alleged that her daughter is actually in possession of the furniture items which secure the debt to Farmers. Farmers filed an objection to the Debtor's plan basically arising out of this same situation. The parties have represented to the court that they have reached a resolution. The elements of the settlement are as follows:

1. Farmers shall have a general unsecured claim in the amount of $1494.10 in this case.

2. The Debtor's objection to the claim being secured is hereby GRANTED.

3. The Debtor consents to allow Farmers to take whatever action, including legal action, as is necessary to repossess from the Debtor's daughter, namely Kimberly Hunter, who resides in

Anniston, Alabama, all of the furniture items subject to the security interest of Farmers.

The court has considered the settlement agreement reached by and between the parties and agrees that said settlement is reasonable and fair and in the best interest of the estate. Accordingly, it is, therefore,

ORDERED, ADJUDGED and DECREED that the terms of the settlement as set forth above are hereby approved and ordered implemented by this court.

*** END OF ORDER ***


Prepared and Submitted By:

  /s/ Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 3610-2189
(334) 832-4200
bkrp@parnellcrum.com


THIS ORDER CONSENTED TO BY:
Hon. Richard Shinbaum, Attorney for Debtor

_____ cc:  Hon. Richard Shinbaum
                                     Hon. Charles N. Parnell, III
                                     Debtor
                                     Trustee