UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Lorraine Woodgett,  

    Debtor.

Case No. 13−32394  
Chapter 13

## ORDER OF DISMISSAL

A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017−1 or LBR 1006−1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

**ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Dated August 22, 2017

Dwight H. Williams Jr.  
United States Bankruptcy Judge

NOTICE:  
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 13-32394-DHW
Lorraine Woodgett                                                   Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 1127-2         User: loverton             Page 1 of 1             Date Rcvd: Aug 22, 2017
                             Form ID: odsmneg           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
```
db          #+Lorraine Woodgett,    1925 Central Parkway,    Apt B-206,    Montgomery, AL 36106-3347
2926914      +AARONS,    2415 EASTERN BLVD,    Montgomery, AL 36117-1505
2926917      +CBE GROUP,    PO BOX 900,    131 TOWER PK DR, STE 100,    Waterloo, IA 50701-9374
2926911       EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
2926913       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2926922      +RESIDENTCO FOR APARTMENT CANE,     4230 LBJ FREEWAY SUITE 407,    Dallas, TX 75244-5882
2926912       TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2926915      +E-mail/Text: bankruptcy@alagasco.com Aug 22 2017 21:37:48      ALA GAS CO,
               605 RICHARD ARRINGTON BLVD N,    Birmingham, AL 35203-2707
2997751      +EDI: AAEO.COM Aug 22 2017 21:18:00      Aaron's SALO Lockbox,    P.O. Box 102746,
               Atlanta, GA 30368-2746
2926916      +EDI: GMACFS.COM Aug 22 2017 21:18:00      Ally Bank,    P O Box 380901,
               Bloomington, MN 55438-0901
2950788       EDI: GMACFS.COM Aug 22 2017 21:18:00      Ally Financial serviced by Ally Servicing LLC,
               PO Box 130424,    Roseville, MN 55113-0004
2965538      +EDI: ATTWIREBK.COM Aug 22 2017 21:18:00      BellSouth Telecommunications, Inc.,
               %Karen A. Cavagnaro- Lead Paralegal,     One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
2926918      +EDI: CMIGROUP.COM Aug 22 2017 21:18:00      CREDIT MGT,    4200 INTERNATIONAL PKWY,
               Carrollton, TX 75007-1912
2926919      +E-mail/Text: bknotice@erccollections.com Aug 22 2017 21:37:01      ENHANCEDRE,
               8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
2926920       E-mail/Text: corporatecredit@farmersfurniture.com Aug 22 2017 21:36:48      FARMERS FURNITURE,
               PO BOX 1140,    Dublin, GA 31040
2930343       E-mail/Text: corporatecredit@farmersfurniture.com Aug 22 2017 21:36:48      Farmers Furniture,
               Attn: Corporate Credit,    P.O. Box 1140,    Dublin, GA 31040
2926921       EDI: RMSC.COM Aug 22 2017 21:18:00      GECRB/CARE,    P O Box 965036,    Orlando, FL 32896-5036
2926923       Fax: 912-629-1539 Aug 22 2017 23:14:39      TITLE MAX,    2453 E SOUTH BLVD,
               Montgomery, AL 36116
2948906       Fax: 912-629-1539 Aug 22 2017 23:14:39      TitleMax of Alabama, Inc. d/b/a TitleMax,
               15 Bull Street, Suite 200,    Savannah, GA 31401
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor   Farmers Furniture bkrp@parnellsoutheast.com
              Richard D. Shinbaum    on behalf of Debtor Lorraine   Woodgett rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                              TOTAL: 4
```